# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHARON PFIFER,

    Plaintiff,

v.

PLUSFOUR, INC.,

    Defendant.

Case No.: 2:20-cv-02165-JAD-NJK

**ORDER**

On February 8, 2021, the Court issued an order directing the parties to file a joint stipulated discovery plan no later than February 15, 2021. Docket No. 7. On February 9, 2021, the parties filed a stipulation of dismissal. Docket No. 8. Accordingly, the Court **VACATES** its order at Docket No. 7.

IT IS SO ORDERED.

Dated: February 10, 2021

Nancy J. Koppe
United States Magistrate Judge

1